**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **DARREN GIPSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Case No. 26-cv-00088-JPG** |
| ) | |
| **DEPUTY GRIFFITH,** ) | |
| **MASSAC COUNTY, IL, and** ) | |
| **MASSAC COUNTY SHERIFF'S** ) | |
| **DEPARTMENT,** ) | |
| ) | |
| **Defendants.** ) | |

## <u>MEMORANDUM AND ORDER</u>

**GILBERT, District Judge:**

Plaintiff Darren Gipson's Complaint (Doc. 1) was dismissed under 28 U.S.C. § 1915(e)(2) for failure to state a claim on February 3, 2026.  (Doc. 5).  Plaintiff was directed to file an Amended Complaint no later than March 4, 2026, and he was warned that failure to do so by this deadline would result in dismissal of the action.  *See id.* (citing FED. R. CIV. P. 41(b)).  Plaintiff did not file an Amended Complaint by the deadline.  He also did not request an extension of time to do so before or after the deadline expired.  The Court will not allow this matter to linger.

For the reasons set forth in the Order dated February 3, 2026, the Court finds that Plaintiff has failed to state a claim for relief under any valid legal theory against the defendants.  Accordingly, this action is **DISMISSED without prejudice** for Plaintiff's failure to state a claim under 28 U.S.C. § 1915(e)(2) and for failure to comply with a Court Order (Doc. 5) and/or prosecute his claim(s) under Rule 41(b).  Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 2) is **DENIED**.

The Clerk of Court is **DIRECTED** to **CLOSE** the case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:**   March 11, 2026

s/J. Phil Gilbert
**J. PHIL GILBERT**
**United States District Judge**